**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/24/2018

IN RE:

ROBERT C. SANDS, JR.
PATRICIA FARRELL SANDS
604 LOCKHART STREET
PITTSBURGH, PA 15212
XXX-XX-1975      Debtor(s)

XXX-XX-6281

Case No. 13-23735 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/24/2018

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  146.26<br>COMMENT:  NO NUM/SCH*SVC THRU 8/30/13 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8001 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  834.19<br>COMMENT:  GECRB~LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3474 |
| **JPMORGAN CHASE BANK NA**<br>C/O CHASE PAYMENT PROCESSING<br>PO BOX 78420<br><br>PHOENIX, AZ  85062-8420 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  LMP TERMINATED/OE~LOAN MOD@34*1ST*1727.20/PREV PL@CHASE*2063.97x(60 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0181*BGN 9/13 |
| **HUNTINGTON NATIONAL BANK(*)**<br>2361 MORSE RD (NC2W43)<br><br>COLUMBUS, OH  43229 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  25,347.19<br>COMMENT:  2ND*UNS/DOE*HNTNGTN MTG/SCH*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0375 |
| **NORTHSIDE COMMUNITY DVLPMNT**<br>922 MIDDLE ST<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:NC<br><br>CLAIM:  0.00<br>COMMENT:  UNS/DOE*3RD/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  1,413.08<br>COMMENT:  NO NUM/SCH*BLUE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1007 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BEST BUY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SAKS FIFTH AVE~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 745.82<br>COMMENT: NO$~NUM/SCH*CITIBANK~OPHRYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9372 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~EDDIEBAU/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~EXPRESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCREWINC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JJILL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FIRST NIAGARA BANK**<br>C/O BERNSTEIN-BURKLEY PC<br>707 GRANT ST<br>STE 2200 GULF TOWER<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 34,045.72<br>COMMENT: NO NUM/SCH*LINE OF CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1111 |
| **GAP/GE MONEY++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GECRB HOME DESIGN**<br>POB 965036<br>ORLANDO, FL 32896 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 2,652.91<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5930 |
| **SEARS/CITI CARD USA\*++**<br>BANKRUPTCY DEPT\*<br>POB 182149\*<br>COLUMBUS, OH 43218 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN AND RILEY PS<br>POB 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH\*SEE CID 31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GE CAPITAL/HOME DEPOT++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PITTSBURGH WATER & SEWER AUTH\***<br>C/O JORDAN TAX SERVICE INC\*<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA 30353-0210 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 86,178.21<br>COMMENT: NO$~9624~US DEPT OF ED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1975 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 813.37<br>COMMENT: PIF/LTR\*RS/DOE\*1830/CL\*PMT/CL-PL x 6 REM/PREV PL@SUBARU\*CL=$16,422.83\*\ | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9002 |
| **JPMORGAN CHASE BANK NA**<br>C/O CHASE PAYMENT PROCESSING<br>PO BOX 78420<br>PHOENIX, AZ 85062-8420 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 16,949.05<br>COMMENT: SEE LOAN MOD@CID 34\*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0181 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: SUBARU/PREV PL\*CL BAL=14592.83\*PIF/LTR@CID 28 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9002 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 4,849.02<br>COMMENT: SCH@CID24?*FR TD BANK*DOC 92 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7657 |
| **JPMORGAN CHASE BANK NA**<br>C/O CHASE PAYMENT PROCESSING<br>PO BOX 78420<br>PHOENIX, AZ  85062-8420 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: LMP TERMINATED/OE~LOAN MOD@34*1ST*ARRS/CL=10113.34*THRU 8/13*$0*PL@ | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0181 |
| **PERITUS PORTFOLIO SERVICES II LLC/NCEP LL**<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*BGN 3/14*465.20x(54REM+2)=LMT*FR*SNTNDR*DOC 84*DKT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 917 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:7-3<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*1ST*BGN 7-14*AMD*W/3,29,32*CHASE/PL*DKT | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 0181 |

Case 13-23735-JAD    Doc 100    Filed 07/24/18    Entered 07/24/18 10:38:53    Desc
Page 6 of 6