IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT C. SANDS, JR.
    PATRICIA FARRELL SANDS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 13-23735-JAD

Chapter 13

Related To Doc. No. 102

## ORDER OF COURT

    **AND NOW**, this **15th** day of **November**, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/15/18 7:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER   mas
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-23735-JAD
Robert C. Sands, Jr.                                                  Chapter 13
Patricia Farrell Sands
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                Page 1 of 3                  Date Rcvd: Nov 15, 2018
                              Form ID: pdf900           Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db/jdb         +Robert C. Sands, Jr.,    Patricia Farrell Sands,    604 Lockhart Street,
                 Pittsburgh, PA 15212-5606
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13768002        American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13705764       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     PO Box 982235,   El Paso, TX 79998)
13705765        Blue from American Express,    PO Box 981535,    El Paso, TX 79998-1535
13705767       +Capital One/Saks Fifth Ave,    PO Box 10327,    Jackson, MS 39289-0327
13705768        Chase,   PO Box 24696,    Columbus, OH 43224-0696
13705769       +Chase Card Services,    PO Box 15298,   Wilmington, DE 19850-5298
13705770        Citicards CBNA,    PO Box 6241,   lbs Cdv Disputes,    Sioux Falls, SD 57117-6241
13705771        Comcast,   PO Box 719,    Toledo, OH 43697-0719
13710836       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13705780       +FedLoan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
13705784       +Guardian Protection Service,    174 Thorn Hill Road,   Warrendale, PA 15086-7528
13761507       +JPMorgan Chase Bank, N.A.,    Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13705787       +Jennifer L. Tis Esquire,    Bernstein-Burkley PC,   707 Grant Street Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
13705788       +Kore Image Technologies LLC,    604 Lockhart Street,   Pittsburgh, PA 15212-5606
13705790       +Macy’s,   Bankruptcy Processing,    PO Box 8053,   Mason, OH 45040-8053
13705791       +Northside Community Development Fund,    922 Middle Street,   Pittsburgh, PA 15212-7200
13842401       +Santander Consumer USA,    PO Box 660633,   Dallas TX 75266-0633
13866486       +Santander Consumer USA,    Po Box 560284,   Dallas, TX 75356-0284
13705792       +Sears/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
13705793       +Small Business Administration,    411 Seventh Avenue Suite 1450,   Pittsburgh, PA 15219-1905
13705795       +Target National Bank,    c/o Target Card Services,   PO Box 9500,   Minneapolis, MN 55440-9500
13705796       +The Home Depot,    PO Box 790328,   Saint Louis, MO 63179-0328
13705797       +The Pittsburgh Water and Sewer Authority,    Penn Liberty Plaza I,   1200 Penn Avenue,
                 Pittsburgh, PA 15222-4216
13705798       ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,   GREENVILLE TX 75403-5609
                 (address filed with court:  U S Department of Education AFSA,    PO Box 7202,
                 Utica, NY 13504-7202)
13705799        U.S. Attorneys Office,    Western District of Pennsylvania,
                 633 U.S. Post Office and Courthouse,    Grant Street,   Pittsburgh, PA 15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: peritus@ebn.phinsolutions.com Nov 16 2018 03:18:26
                 Peritus Portfolio Services II,LLC assignee for NCE,   P.O. Box 141419,
                 Irving, TX  75014-1419
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:19:14
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13762550       +E-mail/Text: bncmail@w-legal.com Nov 16 2018 03:17:43      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13705766       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:18:42       Capital One/Best Buy,
                 PO Box 5893,    Carol Stream, IL 60197-5893
13705772        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 03:16:55       Comenity Bank/EDDIEBAU,
                 PO Box 182789,    Columbus, OH 43218-2789
13705773       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 03:16:55       Comenity Bank/EXPRESS,
                 PO Box 182789,    Columbus, OH 43218-2789
13705774        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 03:16:55       Comenity Bank/JCREWINC,
                 PO Box 182789,    Columbus, OH 43218-2789
13705775       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 03:16:55       Comenity/JJILL,
                 PO Box 182789,    Columbus, OH 43218-2789
13705776        E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:16:39      Discover Card,   PO Box 30421,
                 Salt Lake City, UT 84130-0421
13705777       +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2018 03:18:12       Duquesne Light Company,
                 Customer Care Department,    411 Seventh Avenue, MD 6-1,   Pittsburgh, PA 15219-1942
13721813       +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2018 03:18:13       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13705779       +E-mail/Text: bankruptcy@erieinsurance.com Nov 16 2018 03:18:20       Erie Insurance Group,
                 100 Erie Ins. Pt.,    Erie, PA 16530-0001
13705781        E-mail/Text: fnb.bk@fnfg.com Nov 16 2018 03:17:53      First Niagara Bank,   PO Box 514,
                 Attn: Customer Service,    Lockport, NY 14095-0514
13724623       +E-mail/Text: kburkley@bernsteinlaw.com Nov 16 2018 03:18:13       First Niagara Bank, N.A.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
```

```
District/off: 0315-2                  User: culy                    Page 2 of 3                    Date Rcvd: Nov 15, 2018
                                      Form ID: pdf900               Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13705782       E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:19:05      GECRB/GAP,    PO Box 965005,
                 C1OT,   Orlando, FL 32896-5005
13705783       E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:19:32      GECRB/Home Design-CE/APPL,
                 PO Box 965036,   Orlando, FL 32896-5036
13705785       E-mail/Text: bankruptcy@huntington.com Nov 16 2018 03:17:22       Huntington Mortgage,
                 PO Box 1558,   Columbus, OH 43216-1558
13707616      +E-mail/Text: bankruptcy@huntington.com Nov 16 2018 03:17:23       Huntington National Bank,
                 P.O. Box 89424,   Cleveland, OH 44101-6424
13705786      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:19:07      JCPenney,
                 GE Capital Retail Bank,   ATTN: Bankruptcy Department,    PO Box 103104,
                 Roswell, GA 30076-9104
13721396       E-mail/Text: bk.notifications@jpmchase.com Nov 16 2018 03:16:58       JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,   Phoenix, AZ 85038-9505
13705789      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:19:06      Lowe's,   GE Capital Retail Bank,
                 ATTN: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
13774916       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:18:46
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14106394       E-mail/Text: peritus@ebn.phinsolutions.com Nov 16 2018 03:18:26
                 Peritus Portfolio Services II,LLC,    Assignee for NCEP, LLC,    P.O. BOX 141419,
                 IRVING, TX 75014-1419
14249460       E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2018 03:17:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
13711362       E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:19:14
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13705794      +E-mail/Text: bk.notifications@jpmchase.com Nov 16 2018 03:16:58       Subaru Motor Finance,
                 c/o JPMorgan Chase Bank,   PO Box 901076,   Fort Worth, TX 76101-2076
13723300      +E-mail/Text: bncmail@w-legal.com Nov 16 2018 03:17:43       TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             First Niagara Bank, N.A.
cr             JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*           +Northside Community Development Fund,    922 Middle Street,    Pittsburgh, PA 15212-7200
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
13705778      ##Equitable Gas Company,    PO Box 6766,   Pittsburgh, PA 15212-0766
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joan  Shinavski    on behalf of Joint Debtor Patricia Farrell Sands joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan  Shinavski    on behalf of Plaintiff Patricia Farrell Sands joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
```

```
District/off: 0315-2          User: culy               Page 3 of 3              Date Rcvd: Nov 15, 2018
                              Form ID: pdf900          Total Noticed: 55


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joan   Shinavski    on behalf of Plaintiff Robert C. Sands, Jr. joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan   Shinavski    on behalf of Debtor Robert C. Sands, Jr. joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    First Niagara Bank, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert W. Koehler    on behalf of Creditor    Northside Community Development Fund
               rkoehler@pghlaw.com,  hobkin.koehler@aim.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott A. Dietterick    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               sad@jsdc.com,  kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                              TOTAL: 13
```